

Alan Kaminsky
77 Water Street, Suite 2100
New York, New York 10005
Alan.Kaminsky@lewisbrisbois.com
Direct: 212.232.1340

August 20, 2020                                                                                                       6234.14138

Hon. Judge Pamela K. Chen
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re:    Walter Perez v. Paul Smith, et al.
                                 Civil Action No: 19-CV-4233

Dear Honorable Judge Pamela K. Chen:

       On August 12, 2020, this office appeared as Co-Trial counsel for Defendants, Paul Smith and Barclay Water Management, Inc., in the above-entitled action.

       As your Honor is aware, the parties filed a Joint Pre-trial Order ("the Order") with the Court on August 5, 2020, prior to our appearance in this matter. We respectfully request leave to amend the Order for the following purposes: listing Alan Kaminsky, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, as Co-Trial counsel; amending the witness list to reflect additional potential trial witnesses; and amending the list of potential Motions in Limine. In addition, we wish to reserve our right to object to certain items in the exhibit list. As we will be appearing on behalf of our clients as trial counsel, if we are not allowed an opportunity to amend the Order, we would be placing our clients at a disadvantage at trial.

       In accordance with Your Honor's Part rules, which allow for amendments to Pre-trial Orders by order or by consent, we requested consent to the amendment from Faizan Ghaznavi, Esq., lead counsel for Plaintiff, but he declined to agree. We are amenable to a telephonic conference at the Court's convenience in the near term future to further discuss the requested amendments.

       We thank the Court for its courtesy and attention to this matter.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4841-8446-5352.1

August 20, 2020
Page 2

                                        Very truly yours,

                                              /s/
                                      Alan Kaminsky of
                                      and Michael B. Rothenberg for
                                      LEWIS BRISBOIS BISGAARD &
                                      SMITH LLP

CC:

    ELEFTERAKIS, ELEFTERAKIS & PANEK
    80 Pine Street, 38th Floor
    New York, NY 10005
    Ph: (212) 532-1116
    Fax: (212) 532-1176

    MORRIS DUFFY ALONSO & FALEY
    101 Greenwich Street, 22nd Floor
    New York, New York 10006
    Ph: (212) 766-1888
    Fax: (212) 766-3252